| | |
|---|---|
| 1 | CLAUDIA M. VETESI (CA SBN 233485) |
| | cvetesi@mofo.com |
| 2 | ELIZABETH BALASSONE (CA SBN 280563) |
| | ebalassone@mofo.com |
| 3 | R. BENJAMIN NELSON (CA SBN 300274) |
| | rbnelson@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendant
NATURE'S PATH FOODS, INC.

RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
MICHAEL T. HOUCHIN (SBN 305541)
mike@consumersadvocates.com
LAW OFFICES OF  RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: 619.696.9006
Facsimile: 619.564.6665

Attorneys for Plaintiff
CHAUNCEY LEROY WHITE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHAUNCY LEROY WHITE, individually and on behalf of all others similarly situated, | Case No.    5:18-cv-02710-BLF |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE HEARING** |
| v. | Judge: Honorable Beth Labson Freeman |
| NATURE'S PATH FOODS USA, INC., a Wyoming corporation, NATURE'S PATH FOODS, INC., a Canadian corporation, and DOES 1 through 10, inclusive, | Action Filed:  January 5, 2018 |
| Defendants. | |

1  The parties have reached an agreement in principle to settle this matter and anticipate that a final settlement agreement will be completed in the next week.  Accordingly, the parties hereby request that the October 4, 2018 hearing on Defendants' Motion to Dismiss First Amended Complaint be vacated.  Once the parties finalize their Settlement Agreement, Plaintiff will file a Notice of Dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  September 28, 2018

CLAUDIA M. VETESI
ELIZABETH BALASSONE
R. BENJAMIN NELSON
**MORRISON & FOERSTER LLP**

By: */s/ Claudia M. Vetesi*
       CLAUDIA M. VETESI

Attorney for Defendants

Dated:  September 28, 2018

RONALD A. MARRON
MICHAEL T. HOUCHIN
**LAW OFFICES OF RONALD A. MARRON**

By: */s/ Ronald A. Marron*
       RONALD A. MARRON

Attorneys for Plaintiff and the Proposed Class

**ECF ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file this JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE HEARING. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ronald A. Marron has concurred in this filing.

Dated: September 28, 2018          MORRISON & FOERSTER LLP

By: */s/ Claudia M. Vetesi*
    CLAUDIA M. VETESI