UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAUNCEY LEROY WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATURES PATH FOODS USA INC., et al.,<br><br>　　　　　Defendants. | Case No.  18-cv-02710-BLF<br><br>**ORDER VACATING OCTOBER 4, 2018 MOTION HEARING; AND DIRECTING PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT RE SETTLEMENT ON OR BEFORE** |

On September 28, 2018, the parties filed a Joint Notice of Settlement, requesting that the hearing on Defendants' motion to dismiss be vacated.  Pursuant to the parties' request, the October 4, 2018 hearing is VACATED.

Plaintiff shall file a dismissal or a status report re settlement on or before October 29, 2018.

**IT IS SO ORDERED.**

Dated: September 28, 2018

_____
BETH LABSON FREEMAN
United States District Judge