**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHAUNCY LEROY WHITE, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE'S PATH FOODS USA, INC., a Wyoming corporation; NATURE'S PATH FOODS, INC., a Canadian corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-02710-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

-1-

1  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF
2  RECORD:**

3  **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(i), Plaintiff Chauncey Leroy White hereby dismisses his individual claims in this
5  action with prejudice.

Dated: October 29, 2018                     Respectfully Submitted,


                                            /s/ *Ronald A. Marron*
                                            RONALD A. MARRON

                                            **LAW OFFICES OF RONALD A. MARRON**
                                            RONALD A. MARRON
                                            *ron@consumersadvocates.com*
                                            MICHAEL T. HOUCHIN
                                            *mike@consumersadvocates.com*
                                            651 Arroyo Drive
                                            San Diego, California 92103
                                            Telephone:   (619) 696-9006
                                            Facsimile:   (619) 564-6665
                                            ***Counsel for Plaintiff***